**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Case No. 2:13-cr-00079-GMN-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ADRIAN ARAMBURO-AGUIRRE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   This matter is before the Court on Defendant Adrian Arambur-Aguirre's Motion to Conduct a Pre-Plea Sentencing Investigation Report (#16), filed August 15, 2013. The undersigned has reviewed the motion and conferred with United States Probation. Defendant's counsel is instructed to confer with United States Probation to resolve this matter informally. Accordingly,

   **IT IS HEREBY ORDERED** that Defendant Adrian Arambur-Aguirre's Motion to Conduct a Pre-Plea Sentencing Investigation Report (#16) is **denied without prejudice**.

   DATED: August 20, 2013.


                     _____
                      **C.W. Hoffman, Jr.**
                      **United States Magistrate Judge**